IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-GPG

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Plaintiff resides in Denver, Colorado. Plaintiff has filed a Complaint, ECF No. 1, and an Application to Proceed in District Court without Paying Fees or Costs (Long Form), ECF No. 3. Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

    ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 3, is GRANTED.

    DATED December 2, 2019, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Gordon P. Gallagher
                                            United States Magistrate Judge