IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-GPG

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHON NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case should proceed for further review of the merits pursuant to D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to District Judge R Brooke Jackson and to Magistrate Judge S. Kato Crews pursuant to D.C.COLO.LCivR 40.1(d)(1.

DATED February 15, 2020.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge