IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process to: City Of Aurora, Officer Anthony Nichols, Officer Christopher Thrivierge, Officer Josiah Coe, Officer Christopher Yarborough, And Officer Alex Sotelo: AMENDED COMPLAINT FILED 1/31/2020, SUMMONS, and the CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on 19 February 2020.

Wyatt T. Handy, Jr.
PO Box 221531
Denver, CO 80222

US Marshal Service
Service Clerk
Service forms for: City Of Aurora, Officer Anthony Nichols, Officer Christopher Thrivierge, Officer Josiah Coe, Officer Christopher Yarborough, And Officer Alex Sotelo

                                            s/C. Madrid
                                            *Deputy Clerk*