IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-03347-RBJ-SKC

WYATT T. HANDY JR.,

    Plaintiff,

v.

CITY OF AURORA, et. al.,

    Defendant.

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 18 2020
JEFFREY P. COLWELL
CLERK
```

---

## MOTION FOR WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

---

COMES NOW, Wyatt T. Handy Jr., Plaintiff pro se, respectfully moves this Court, to issue its order, pursuant to Fed. R. Civ. P. Rule 4(d)(1), directing the Clerk of the United States District Court for the Tenth Circuit Colorado, to send Defendants, or any other agent authorized by appointment or by law to receive service of process, by first-class mail or other reliable means, a request for Waiver of Service of the summons and complaint. As grounds, Plaintiff states as follows:

1. On November 26, 2019, Plaintiff filed his Complaint and Application to Proceed Without Prepaying Fees or Costs in the above captioned case. See Doc. No. 1 & 3 .

2. On December 2, 2019, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was GRANTED, by Magistrate Judge Gordon P. Gallagher. Doc. No. 4.

1

3. Fed. R. Civ. P. Rule 4(d)(1), states in pertinent part, "An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons."

WHEREFORE, Plaintiff respectfully moves this Court, to issue it's Order, directing the Clerk of the United States District Court for the Tenth Circuit Colorado, to send Defendants, or any other agent authorized by appointment or by law to receive service of process, by first-class mail or other reliable means, a request for Waiver of Service of the summons and complaint.

Dated: May 15, 2020.

_____
W. T. Handy Jr.
P. O. Box 221531
Denver, Co. 80222

## CERTIFICATE OF MAILING

I hereby certify that on this **15th** day of **MAY 2020,** A true and correct copy of the foregoing attached **PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS AND COMPLAINT BY THE UNITED STATES MARSHALLS SERVICE** was deposited into the United States Mail, postage prepaid by First Class postage, addressed to the following:

**UNITED STATES DISTRICT COURT**
**901 19th Street**
**Denver, CO 80294**

By: _____
**W.T. Handy Jr.**
**P.O. Box 221531**
**Denver, CO 80222**

W.T. Handy Jr.
P.O. Box 221531
Denver, CO 80222

Legal Mail

United States District Court
901 19th Street
Denver, CO 80294


