IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA;
OFFICER ANTHONY NICHOLS;
OFFICER CHRISTOPHER THRIVIERGE;
OFFICER JOSIAH COE;
OFFICER CHRISTOPHER YARBOROUGH; and
OFFICER ALEX SOTELO,

    Defendants.

### *DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT*

The Defendants, City of Aurora, and Defendant Officers, by their counsel, Charles A. Piekarski and Julia A. Bannon of the Office of the City Attorney of Aurora Colorado, and Ann Smith of the office of Vaughan and DeMuro, hereby submit this Defendants' Motion for Extension of Time to Respond to Complaint.

### *Certificate of Compliance*

The undersigned counsel conferred with *pro se* Plaintiff, Wyatt T. Handy, regarding a stipulated motion for extension of time to respond. Initially, the Plaintiff agreed. Mr. Handy then

changed his mind and objected to the stipulation. Undersigned counsel now submits the relief sought in this Motion, to which the Plaintiff objects.

     1.     The Amended Complaint in this matter was served on Defendants on June 10, 2020. The Defendants' initial responsive pleading is due on July 1, 2020.

     2.     Defendants have not had an opportunity to review the litigation, reports, and other documentation regarding the litigation, or meet with counsel.

     3.     Restrictions regarding COVID 19 make it impossible for the undersigned counsel to meet with Defendants and complete the response in this matter by July 1, 2020.

     4.     Defendants have not sought any previous extensions of time for any purpose.

     5.     Defendants, therefore, request an extension of 30 days, up to and including July 31, 2020, within which to file a responsive pleading to Plaintiff's Complaint. The requested extension will serve the interests of judicial economy and will not result in prejudice to any party.

WHEREFORE, Defendants respectfully seek an Order of the Court granting them an extension of time of thirty days, up to and including July 31, 2020, in which to file their initial responsive pleading.

Dated:  July 26, 2020

                                         Respectfully submitted,


                                         s/ *Charles A. Piekarski*
                                         Charles A. Piekarski
                                         Julia A. Bannon
                                         OFFICE OF THE CITY ATTORNEY
                                         Aurora Municipal Center, Suite 5300
                                         15151 East Alameda Parkway
                                         Aurora, Colorado  80012
                                         Telephone:  (303) 739-7030
                                         Facsimile:  (303) 739-7042
                                         E-mail:  cpiekars@auroragov.org
                                                          jbannon@auroragov.org
                                         ATTORNEYS FOR DEFENDANTS


                                         s/ *Ann B. Smith*
                                         Ann B. Smith
                                         VAUGHAN & DeMURO
                                         111 South Tejon, Suite 545
                                         Colorado Springs, CO  80903
                                         Telephone:  (719) 578-5500
                                         Facsimile:  (719) 578-5504
                                         E-mail:  asmith@vaughandemuro.com
                                         ATTORNEY FOR OFFICER
                                         DEFENDANTS


## *CERTIFICATE OF SERVICE*

     I hereby certify that on July 26, 2020, I electronically filed the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 1] with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Wyatt T. Handy                                            *(E-MAIL)*
P.O. Box 221531
Denver, CO  80222
Telephone: (720) 461-0787
w.t.handyjr@gmail.com

Defendant Officers                                        *(E-MAIL)*


                                                 s/ *Cindy Selden*

4