**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JUL -8 PM 3:39
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | | |
|---|---|---|
| PLAINTIFF<br>WYATT T. HANDY, JR, | | COURT CASE NUMBER<br>19-cv-03347-RBJ-SKC |
| DEFENDANT<br>CITY OF AURORA, et al | | TYPE OF PROCESS<br>S/C |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF AURORA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15151 East Alameda Parkway, Aurora, CO 80012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Wyatt T. Handy, Jr.
PO Box 221531
Denver, CO 80222

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 6
Check for service on USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PERSONAL SERVICE**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/C. Madrid
TELEPHONE NUMBER: 303-844-3433
DATE: 19 Feb 2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk | Date 3/9/20 |
|---|---|---|---|---|---|
| | 6 | | | | |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Nancy Rodgers    Deputy City Attorney

Date: 6-10-20
Time: 1330 ☒ pm

Address (complete only if different than shown above)
1st attempt 6-10-20 @ 11

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 30mi (.58) | — | $82.40 | — | |

REMARKS
1st attempt 6-10-20 @ 1145

2020 FEB 19 P 2:41

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03347-RBJ-SKC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __City of Aurora__
was received by me on *(date)* __3-10-20__.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Nancy Rodgers__, who is
designated by law to accept service of process on behalf of *(name of organization)* __City of Aurora__
on *(date)* __6-10-20__ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ __17.40__ for travel and $ __65.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6-10-20__

_____
Server's signature

__Paul Otto  DUSM__
Printed name and title

__901 19th St., Denver Co 80294__
Server's address

Additional information regarding attempted service, etc: