# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUL -8 PM 3:39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| **PLAINTIFF** WYATT T. HANDY, JR, | **COURT CASE NUMBER** 19-cv-03347-RBJ-SKC |
| **DEFENDANT** CITY OF AURORA, et al | **TYPE OF PROCESS** S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER JOSIAH COE,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15001 East Alameda Parkway, Aurora, CO 80012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Wyatt T. Handy, Jr.
PO Box 221531
Denver, CO 80222

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 6 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 19 Feb 2020 |
|---|---|---|---|
| s/C. Madrid | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 6 | District of Origin No B13 | District to Serve No B13 | Signature of Authorized USMS Deputy or Clerk | Date 3/9/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Nancy Rodgers   Deputy City Attorney

Date 6-10-20  Time 1330 ☒ pm

Address *(complete only different than shown above)*

Signature of U S Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03347-RBJ-SKC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Josiah Coe
was received by me on *(date)* 3-10-20

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nancy Rodgers, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 6-10-20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-10-20

Server's signature

Paul Otto DUSM
Printed name and title

901 19th St. Denver Co 80294
Server's address

Additional information regarding attempted service, etc: