| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUL -8 PM 3:39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WYATT T. HANDY, JR, | 19-cv-03347-RBJ-SKC |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF AURORA, et al | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER ANTHONY NICHOLS,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15001 East Alameda Parkway, Aurora, CO 80012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Wyatt T. Handy, Jr.
PO Box 221531
Denver, CO 80222

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/C. Madrid | | 303-844-3433 | 19 Feb 2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | No B13 | No B13 | | 3/9/20 |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| Nancy Rodgers Deputy City Attorney | 6-10-20 | 1330 | |

Address *(complete only if different than shown above)*

Signature of U S Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev 11/18

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03347-RBJ-SKC

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _Anthony Nichols_
was received by me on (date) _3-10-20_.

❏ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Nancy Rodgers_, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _6-10-20_ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_.

I declare under penalty of perjury that this information is true.

Date: _6-10-20_

_____
Server's signature

_Paul Otto DUSM_
Printed name and title

_901 19th St Denver Co 80294_
Server's address

Additional information regarding attempted service, etc: