**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

2020 JUL -8 PM 3: 39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WYATT T. HANDY, JR, | 19-cv-03347-RBJ-SKC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF AURORA, et al | S/C |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**OFFICER ALEX SOTELO,**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**15001 East Alameda Parkway, Aurora, CO 80012**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Wyatt T. Handy, Jr.<br>PO Box 221531<br>Denver, CO 80222 | Number of process to be served with this Form 285 | 6 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/C. Madrid | | 303-844-3433 | 19 Feb 2020 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | No B13 | No B13 | | 3/9/20 |

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| *Nancy Rodgers Deputy City Attorney* | 6-10-20 | 1330 | ☐ am ☒ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

2020 FEB 19 P 2:42

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03347-RBJ-SKC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _Alex Sotelo_

was received by me on *(date)*  __3-10-20__

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  _Nancy Rodgers_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)*  __6-10-20__ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  __0.00__

I declare under penalty of perjury that this information is true.

Date:  __6-10-20__                          _____
                                                           *Server's signature*

                                               _Paul Otto  DUSM_
                                                          *Printed name and title*

                                               _901 19th St. Denver Co 80294_
                                                          *Server's address*

Additional information regarding attempted service, etc: