IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.

## *DEFENDANTS' REQUEST FOR CLARIFICATION OF THE COURT'S PRACTICE STANDARDS*

The Defendants, City of Aurora, and Defendant Officers, by their counsel, Charles A. Piekarski and Julia A. Bannon of the Office of the City Attorney of Aurora Colorado, and Ann Smith of the office of Vaughan and DeMuro, hereby submit this Defendants' Request for Clarification of the Court's Practice Standards.

### *Certificate of Compliance*

The undersigned counsel conferred with *pro se* Plaintiff, Wyatt T. Handy, regarding this Request for Clarification. The Plaintiff does not object to this request.

1.    The original Complaint in this matter was filed with the Court on November 26, 2019.

2. The Court's latest revision of the Practice Standards went into effect on December 1, 2019.

3. Under the Court's standards for motions and briefs, beginning on page 1, all motions to dismiss require more stringent conferral between parties before filing a motion to dismiss. The standards require a letter to be submitted to the Court detailing the conferral process and the reasons for the requested motion to dismiss.

4. This section of the Practice Standards refers to "counsel" and "opposing counsel," but does not mention *pro se* Plaintiffs as is the case here with Mr. Handy.

5. Defendants believe the Plaintiff's claims are subject, at least in part, to dismissal under Fed.R.Civ.P. Rule 12. Defendants intend to file a motion to dismiss but want to clarify the procedure the Court wants them to follow before doing so.

WHEREFORE, Defendants respectfully request the Court to clarify whether they will be required to comply with the December 1, 2019 Practice Standards concerning motions to dismiss, considering the *pro se* nature of the Plaintiff in this case, and the date on which the case was originally filed.

Dated: July 9, 2020

Respectfully submitted,

s/ *Charles A. Piekarski*
Charles A. Piekarski
Julia A. Bannon
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
E-mail: cpiekars@auroragov.org
jbannon@auroragov.org

ATTORNEYS FOR DEFENDANTS

s/ *Ann B. Smith*
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
Facsimile: (719) 578-5504
E-mail: asmith@vaughandemuro.com
ATTORNEY FOR OFFICER
DEFENDANTS

### *CERTIFICATE OF SERVICE*

I hereby certify that on July 9, 2020, I electronically filed the foregoing DEFENDANTS' REQUEST FOR CLARIFICATION OF THE COURT'S PRACTICE STANDARDS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Wyatt T. Handy                              *(E-MAIL)*
PO Box 221531
Denver, CO  80222
Telephone: (720) 461-0787
w.t.handyjr@gmail.com

Defendant Officers                           *(E-MAIL)*


s/ *Joanne Flaherty*
Joanne Flaherty

3