IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.

## *DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DETERMINE IF PROCESS WAS SERVED ON DEFENDANTS PROPERLY*

The Defendants, City of Aurora, and Defendant Officers, by their counsel, Charles A. Piekarski and Julia A. Bannon of the Office of the City Attorney of Aurora Colorado, and Ann Smith of the office of Vaughan and DeMuro, hereby submit this Defendants' Response to Plaintiff's Motion to Determine if Process was Served on Defendants Properly [Doc. 22].

    1.    Above listed counsel in this case conferred with the Plaintiff and stated that the Defendants had been served on June 10, 2020, multiple times. Above listed counsel also expressed the same in their Motion for Extension of Time to Respond to Complaint [Doc. 13].

2. Above listed counsel also expressed to the Plaintiff during conferral, that the Motion for Extension of Time to Respond to Complaint served as our Entry of Appearance in this case.

3. The only exception to service is for Defendant Thivierge, who was no longer employed with the Aurora Police Department at the time of the purported service on him on June 10, 2020. Undersigned counsel are attempting to reach Defendant Thivierge regarding a waiver of service, but anticipate that they may need to file a motion to quash service.

WHEREFORE, Defendants respectfully submit this Response to Plaintiff's Motion to Determine if Process was Served on Defendants Properly in order to clarify and assist the Court.

Dated: July 13, 2020

Respectfully submitted,

s/ *Charles A. Piekarski*
Charles A. Piekarski
Julia A. Bannon
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
E-mail: cpiekars@auroragov.org
            jbannon@auroragov.org
ATTORNEYS FOR DEFENDANTS

                                  s/ *Ann B. Smith*
                                  Ann B. Smith
                                  VAUGHAN & DeMURO
                                  111 South Tejon, Suite 545
                                  Colorado Springs, CO  80903
                                  Telephone: (719) 578-5500
                                  Facsimile: (719) 578-5504
                                  E-mail: asmith@vaughandemuro.com
                                  ATTORNEY FOR OFFICER
                                  DEFENDANTS

### *CERTIFICATE OF SERVICE*

       I hereby certify that on July 13, 2020, I electronically filed the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DETERMINE IF PROCESS WAS SERVED ON DEFENDANTS PROPERLY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Wyatt T. Handy                              *(E-MAIL)*
P.O. Box 221531
Denver, CO  80222
w.t.handyjr@gmail.com

                                  s/ *Cindy Selden*