IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.
_____

**ENTRY OF APPEARANCE**
_____

    Attorney Ann B. Smith, of the law firm of Vaughan & DeMUro, hereby enters her appearance on behalf of Defendants OFFICER ANTHONY NICHOLS, OFFICER CHRISTOPHER THRIVIERGE (correctly known as "Christopher Thivierge"), OFFICER JOSIAH COE, OFFICER CHRISTOPHER YARBOROUGH, and OFFICER ALEX SOTELO in their individual capacities (collectively, "Officer Defendants").

                                              Respectfully submitted,

Date: July 31, 2020                              s/ Ann B. Smith
                                                        Ann B. Smith
                                                        VAUGHAN & DeMURO
                                                        111 South Tejon, Suite 545
                                                        Colorado Springs, CO 80903
                                                        (719) 578-5500 (phone)

(719) 578-5504 (fax)
asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR OFFICER DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Charles A. Piekarski**
cpiekarski@auroragov.org

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Wyatt T. Handy, Jr.
P.O. Box 221531
Denver, CO 80222

s/ Ann B. Smith
Ann B. Smith