RID:D0032017CR003426-000064

District Court, Arapahoe County, State of Colorado
Case#:D0032017CR003426   Div/Room: 207
JUDGMENT OF CONVICTION, SENTENCE   Original
           The People of the State of Colorado vs. HANDY, WYATT THOMAS
                                         DOB   2/10/1968

AKA: HANDY, WYATT THOMAS
AKA: HANDY, WYATT THOMAS JR
AKA: HANDY, WYATT                         DATE FILED: February 4, 2019
AKA: SMITH, KEVIN                         CASE NUMBER: 2017CR3426
AKA: HANDYMAN
AKA: CHILL, MACK
AKA: HANDY, WYATT THOMAS
AKA: JOHNSON, DAVID HANDY
AKA: HANDY, WYATT THOMAS JR
AKA: HANDY, WYATT T JR
AKA: HANDY, KEVIN GUSDAVIS
AKA: HANDY, DAVID THOMAS
AKA: WYATT, THOMAS
AKA: WYATT, HANDY THOMAS
AKA: HANDY, WYATT JR.
AKA: DAVID, CHILL MAC
AKA: HANDY, WYATT THOMAS JR
AKA: HANDYMAN
AKA: NMN HANDYMAN

---

The Defendant was sentenced on:   2/04/2019
People represented by...: HEPP, ADAM JOHN
Defendant represented by: CASTLE, ANDREW PEREZ
UPON DEFENDANT'S CONVICTION this date of:   2/04/2019
The defendant pled guilty to:
Count #      2 Charge: WEAPON-POSS/PREVIOUS OFFEND-ANY PRIOR FE
C.R.S # 18-12-108(1)                      Class: F6
Date of offense(s): 12/03/2017 to 12/03/2017    Date of plea(s):   12/10/2018
Count #     10 Charge: DRIVING UNDER THE INFLUENCE
C.R.S # 42-4-1301(1)(a)                   Class: M
Date of offense(s): 12/03/2017 to 12/03/2017    Date of plea(s):   12/10/2018

---

**IT IS THE JUDGMENT/SENTENCE OF THIS COURT** that the defendant be sentenced to
Probation                        2.00 YEARS                   COUNT        2
Jail                            90.00 DAYS                    COUNT        2
Probation                        2.00 YEARS                   COUNT       10
Jail                            90.00 DAYS                    COUNT       10
SENTENCES RUN CONCURRENT TO EACH OTHER
THE COURT AUTHORIZES WORK RELEASE
DRUG/ALCOHOL EVALUATION AND TREATMENT PER PROBATION
LEVEL 2 THERAPY/CLASSES
DEF TO REPORT TO JAIL 2/11/19 AT 8:00 AM                                /AKM
STAY OF EXECUTION GRANTED TO:   2/11/2019 @  8:00 A

---

              Assessed              Balance
        $     2,275.50        $     2,275.50

---

**THEREFORE, IT IS ORDERED** the Sheriff of ARAPAHOE COUNTY    shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
JAIL

---

                        **ADDITIONAL REQUIREMENTS**
Complete            48.00 hours of Useful Public Service

```
District Court, Arapahoe County, State of Colorado
Case #: 2017   CR   3426   Div/Room: 207
JUDGMENT OF CONVICTION, SENTENCE   Original
          The People of the State of Colorado vs. HANDY, WYATT THOMAS
JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:


DATE   2/4/19      NPT_____   JUDGE/MAGISTRATE  [signature]
                                       BEN L LEUTWYLER


                    CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE_____              SHERIFF_____
                                        BY DEPUTY_____
```