IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

      Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

      Defendants.
_____

**UNOPPOSED JOINT MOTION FOR STAY OF PROCEEDINGS PENDING RULING
ON MOTION TO DISMISS**
_____

THE COURT, having reviewed Defendants' Joint Motion for Stay of Proceedings

Pending Ruling on Motions to Dismiss (Doc. _____), having reviewed the file, and being

fully advised,

DOES HEREBY ORDER that the motion is GRANTED. All proceedings in this

matter including all discovery and pending deadlines are hereby STAYED until the Motion

to Dismiss (Docs. 29) has been ruled on.

Done this _____ day of _____, 2020.

BY THE COURT:

_____