IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03347-RBJ-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER ANTHONY NICHOLS,
OFFICER CHRISTOPHER THRIVIERGE,
OFFICER JOSIAH COE,
OFFICER CHRISTOPHER YARBOROUGH, and
OFFICER ALEX SOTELO,

    Defendants.
_____

**UNOPPOSED JOINT MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON MOTION TO DISMISS**
_____

    THE COURT, having reviewed Defendants' Joint Motion for Stay of Proceedings Pending Ruling on Motions to Dismiss (Doc. 31), having reviewed the file, and being fully advised,

    DOES HEREBY ORDER that the motion is GRANTED. All proceedings in this matter including all discovery and pending deadlines are hereby STAYED until the Motion to Dismiss (Docs. 29) has been ruled on.

    Done this 11th day of August, 2020.

BY THE COURT:

_____
S. Kato Crews
U.S. Magistrate Judge