**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
(WEAPON-POSSESSION)

OPEN

# Related Text Page(s)

| | |
|---|---|
| Document | NARRATIVE/REMARKS |
| Author | 315133 - NICHOLS, ANTHONY |
| Related Date/Time | DEC-03-2017 (SUN.) |

On Sunday, December 3rd, 2017 at approximately 0226 hours I, Officer A.D. Nichols (315133), observed a silver Acura (CO FPQ-278) operating on E. Colfax Ave, just west of N. Peoria St. City of Aurora, County of Arapahoe, State of Colorado with defective tag lamps. There was no white light illuminating any part of the license plate, and this affiant was unable to read the license plate from a distance of less than 50 feet. As the vehicle made a right turn from E. Colfax Ave. onto N. Peoria St. I activated my emergency lights, conducting a traffic stop. The vehicle continued driving, slowing down, but not stopping, for a block and a half until it was between 14th and 13th ave. All of this occurred in the city of Aurora, County of Arapahoe, State of Colorado.

I made contact with the vehicle, approaching the passenger side. Upon contact, I observed three individuals inside the vehicle, and the operator was identified as Wyatt Handy (02-10-1968; CO DL). Immediately upon contact, I detected an odor of alcoholic beverage emanating from the vehicle. I observed Handy had bloodshot eyes that were also glassy and watery.

I returned to my vehicle and did an NCIC/CCIC check on Handy, as well as a check in Aurora Police Department's internal database. The NCIC/CCIC check showed that Handy had an active protective order against him (OCA-D0032012CR000169-004) out of the 18th district court, Littleton, CO. The protective order showed that it was issued 01/24/2012 and expired 08/29/2018. The protective order stated that Handy was not allowed to possess or consume alcohol.
I returned to the vehicle, on the driver side, and made contact with Handy for a second time. I asked Handy to step out of the vehicle and spoke with Handy at the rear of Handy's vehicle. I detected a strong odor of alcoholic beverage emanating from Handy's breath. I asked Handy how much he had to drink and he stated that he had consumed two Old English Beers, approximately 1 hour ago. Handy denied being under a protective order. Handy volunteered to submit to the standard field sobriety tests. Handy stated that he was bi-polar, but that he did not take any medication.
 Additionally, he stated that he had a previous back injury. The first test performed was the Horizontal Gaze Nystagmus Test. This affiant checked Handy's eyes for resting nystagmus (none present) equal pupil size (present) and equal tracking (present). The Horizontal Gaze Nystagmus Test showed that Handy had a lack of smooth pursuit, Distinct and Sustained

For 10029   Printed On Dec-04-2017 (Mon.)

EXHIBIT 2



**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

(WEAPON-POSSESSION)

Maximum Deviation, and The Onset of Nystagmus Prior to 45 Degrees. I also observed Vertical Nystagmus.

The next test offered was the Walk and Turn Test. During that test Handy left the position that I placed him in, after being told not to leave the position until instructed to. Additionally, as I was showing Handy how to perform the test, he began the test, before being told to do so. While performing the test, Handy used his arms for balance throughout the test. Handy stopped periodically while performing the test, and missed heel to toe, as well as the line, numerous times, on both sets of nine steps. Handy did not leave his left foot planted, while turning around, as instructed.

The next test offered was the One Leg Stand Test. Handy put his foot down numerous times throughout this test. Handy used his arms for balance, and had to be reminded to look at his foot.

Handy was offered a preliminary breath test, and declined to take it. Handy was then placed under arrest for Operating a motor vehicle under the influence of alcohol. Expressed Consent was explained to Handy and he would not respond to my statements or questions. Handy was read his Miranda Rights from a printed card and he remained silent. I took Handy's silence as an indication that he wished to remain silent, and no further questions were asked of Handy.

Handy's vehicle was towed due to being stopped on a public roadway, and illegally parked. An inventory search of the vehicle was conducted. I found the glove box was locked. When I placed Handy under arrest there was a set of keys, to include the Acura Keys, that were clipped to Handy's belt loop. Those Acura Keys were used to open the glove box, to complete the inventory of the vehicle. Upon opening the glove box, a black handgun (Grendel P-10; serial number 08758; .380 caliber) was immediately visible on the left side of the glove box. The firearm was found to be loaded, with 1 in the chamber, and a total of 10 rounds in the firearm. A check of Handy's criminal history shows that Handy was convicted of Felony Arson (D0032012CR000169) in Arapahoe County from an offense committed on January 23rd, 2012.

It should be noted that Handy was in possession of the key to the glove box, where the firearm was found, and the vehicle's registration lists Handy as the registered owner of the vehicle. Handy's protective order prohibits Handy from possessing firearms. The field sobriety tests performed showed that Handy was intoxicated and impaired by alcohol.

Officer Yarborough (313609) did look at the tag lights and observed that both lights were exceptionally dirty, making them defective and not allowing the light emitted to illuminate the rear license plate.

Handy was arrested for Possession of a Weapon by a Previous Offender, DUI, Violation of a Protective Order, Possession of a Weapon While Impaired, and operating a vehicle without a white light illuminating the rear license plate. Handy was held on a 2500 dollar secured bond. While at the jail, Handy stated several times, without prompting, that he was not mad at me,

and that he was mad at himself. It should be noted that at no time was the firearm mentioned to or discussed with Handy.