# AURORA POLICE DEPARTMENT
## DIRECTIVES MANUAL

| 8.4 | EFFECTIVE: September 1, 1998 | |
|---|---|---|
| | REVISED: November 15, 2004 | Daniel J. Oates, Chief of Police |
| SUBJECT: | CALL PRIORITY DESIGNATIONS | |
| REFERENCES: | | |
| Reviewed: | 01/28/2014 Professional Standards Lieutenant | PAGE: 1 of 5 |

8.4     CALL PRIORITY DESIGNATIONS

In cooperation with the Public Safety Communications Department, all requests for police services will be assigned one of five priority designations. Members should adjust their response to a call according to the information given by Dispatch or known by the officer.

8.4.1     Priority Zero Calls

Officer in Trouble and related calls are the only calls designated as Priority Zero:

a. Hostage Officer.
b. Officer in Trouble.
c. Radio Emergency Key.

8.4.2     Priority One Calls

Calls which are critical and in-progress, where immediate police intervention is required to avert personal injury, extensive property damage, or where prompt arrival is necessary to effect criminal apprehension.

Examples of Priority One calls include, but are not limited to, the following:

a. Accident with injury.
b. Aircraft crash.
c. Assaults with injury, using weapon, or unknown.
d. Attempt suicide.
e. Bomb threat.
f. Domestic dispute.
g. Felony crime in progress, burglary, robbery, verified / mandatory alarms.
h. Fight.
i. Fire/Rescue assist.

EXHIBIT 3

Directive Manual (Revised: 11-15-2004)
8.4 CALL PRIORITY DESIGNATIONS          Daniel J. Oates          Page 2 of 5

j. Child Abuse
k. Lost Child
l. Incorrigible Juvenile - violent
m. Hostage/barricaded subject situations.
n. Motor Vehicle Theft, in progress.
o. Robberies.
p. Weapons complaints.
q. Escaped Prisoner
r. Unknown problem.

8.4.3   Priority Two Calls

Priority Two calls may be urgent in nature requiring a quick police response. These calls have a potential, but no imminent, risk of personal injury.

Examples of Priority Two calls include, but are not limited to, the following:

a. Accident, hit and run, no injury.
b. Accident, property damage only.
c. Assault, simple.
d. Civil dispute, calm.
e. Disorderly person.
f. Drunk/Intoxicated person.
g. Gang problem.
h. Liquor violation.
i. Outside assist.
j. Shoplifter.
k. Suspicious occurrence.
l. Trespass.
m. Warrant arrest.

8.4.4   Priority Three Calls

Priority Three calls are non-emergency calls for police service or reports of a crime where there is no immediate threat to the safety of persons and property.

Examples of Priority Three calls include, but are not limited to the following:

| | | |
|---|---|---|
| Directive Manual (Revised: 11-15-2004) | | |
| 8.4 CALL PRIORITY DESIGNATIONS | Daniel J. Oates | Page 4 of 5 |

      e.    Detail.

      f.    Lunch.

      g.    Range.

      h.    Shops.

      i.    VIN verification.

Dispatchers may defer Priority Four calls that require action by patrol units in order to handle higher priority calls.

**8.4.6   On Sight Activities / Emergency Equipment**

Any on sight activities initiated by members will be given the same priority designation as if the call had been dispatched. Members involved will advise on back up.

**8.4.7   Back-up Policy**

Back-up unit(s) will be assigned whenever additional manpower is required for one of the following reasons:

      a.    To ensure the safety of the unit originally assigned;

      b.    To adequately and expeditiously handle multiple tasks required at a scene;

      c.    To control a situation from escalating; or

      d.    To assist in the apprehension of a suspect.

      e.    When requested by the officer or supervisor.

**8.4.8   Back-up Procedures**

Unit(s) assigned to back-up a fellow officer should operate under the same priority designation as the primary officer assigned to handle the call. If no back-up unit is readily available, the dispatcher may:

      a.    Reassign an officer handling a Priority Three or four calls;

      b.    Assign an officer from a special unit or plain clothes officers to respond; or

      c.    Assign a road supervisor to respond.

Plainclothes officers who respond to an incident will notify the Public Safety Communications Department of their response. The dispatcher will then notify all uniformed units that plainclothes officers are responding.

8.4.9   Containment Perimeters

Containment perimeters will be established only when requested by field units. In these cases, the following procedures will be observed:

    a.    The person in charge of the scene (the unit assigned or a supervisor) will initiate a perimeter request to the Public Safety Communications Department and designate specific perimeter locations.

    b.    Available units will then be assigned to the perimeter locations by the dispatcher (unless a field supervisor elects to assume this responsibility).

    c.    Units not assigned as part of the perimeter will not respond to the scene, but will await further assignments in their own beats.