# AURORA POLICE DEPARTMENT
# CAD CALL HARDCOPY

**CP 2017-397684**                                   **Reported: Dec-02-2017 23:35:56**

Incident Location
    Address : **10750 E COLFAX AVE**
    City : **AURORA**
    District : **1**   Beat : **5**   Grid : **5C1**

General Information

    Report number:   -
    Case Type : **TRAFFIC STOP**   Priority : **2**
    Dispatch  : **Dec-02-2017 23:35:56**
    At Scene  : **Dec-02-2017 23:35:57**
    Cleared   : **Dec-02-2017 23:43:24**
    How call received : **MDC INITIATED CALL**
    Unit ids : #1 - **617**   #2 - **304A**
    Call taker ID : **309637**

Complainant Information

    City : **2**  State : **CO**
    Remarks :
        **Dec-02-2017 23:35:56** - Field Event ** Event
        Location changed from "14551 E COLFAX AVE AURORA:
        @TACO BELL" to "E COLFAX AVE/N JAMAICA ST AURORA"
        at: 12/02/17 23:36:06 ** >>>> by: Kimberly M.
        Lewis on terminal: cad10 ** LOI search completed
        at 12/02/17 23:36:09 ** Event Location changed
        from "E COLFAX AVE/N JAMAICA ST AURORA" to "10750
        E COLFAX AVE AURORA: @TACO BELL" at: 12/02

        (at cad10) on 2017-12-02 23:35:56 - Field Event

        (at cad10) on 2017-12-02 23:36:06 - ** Event
        Location changed from "14551 E COLFAX AVE AURORA:
        @TACO BELL" to "E COLFAX AVE/N JAMAICA ST AURORA"
        at: 12/02/17 23:36:06

        (at cad10) on 2017-12-02 23:36:06 - ** >>>> by:
        Kimberly M. Lewis on terminal: cad10

        (at cadint1) on 2017-12-02 23:36:09 - ** LOI
        search completed at 12/02/17 23:36:09

        (at cad10) on 2017-12-02 23:36:59 - ** Event
        Location changed from "E COLFAX AVE/N JAMAICA ST
        AURORA" to "10750 E COLFAX AVE AURORA: @TACO
        BELL" at: 12/02/17 23:36:59

        (at cad10) on 2017-12-02 23:36:59 - ** >>>> by:
        Kimberly M. Lewis on terminal: cad10

        (at cadint1) on 2017-12-02 23:37:00 - ** LOI

— EXHIBIT 4

## AURORA POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2017-397684**                                       **Reported: Dec-02-2017 23:35:56**

search completed at **12/02/17 23:37:00**

Clearance Information

   Remarks :
     **TRAFFIC WARNING ISSUED**

   Final Case type : **TRAFFIC WARNING ISSUED**
   Report expected : **No**   Founded : **Yes**
   Reporting Officer1 : **311467 - THIVIERGE, CHRISTOPHE**

Dispatch Details

   Unit number : **617**   Dispatched: **Dec-02-2017 23:35:56**
     Officer 1 : **311467 - THIVIERGE, CHRISTOPHER M.**
   At scene: **Dec-02-2017 23:35:57**
   Cleared : **Dec-02-2017 23:43:24**
   Dispatcher ID : **309637**


   Unit number : **304A**   Dispatched: **Dec-02-2017 23:36:54**
     Officer 1 : **315133 - NICHOLS, ANTHONY**
   At scene: **Dec-02-2017 23:42:26**
   Cleared : **Dec-02-2017 23:42:46**
   Dispatcher ID : **309637**


Unit/Officer Details

**\*\* END OF HARDCOPY \*\***