# AURORA POLICE DEPARTMENT
# CAD CALL HARDCOPY

**CP 2017-397784**                                 **Reported: Dec-03-2017 02:26:49**

Incident Location
    Address : **N PEORIA ST / E 14TH AVE**
    City : **AURORA**
    District : **1**   Beat : **5**   Grid : **5D2**

General Information

    Report number: **2017-47107**
    Case Type : **WEAPONS UNK**   Priority : **1**
    Dispatch   : **Dec-03-2017 02:26:49**
    Enroute    : **Dec-03-2017 02:47:20**
    At Scene   : **Dec-03-2017 02:26:50**
    Cleared    : **Dec-03-2017 07:31:14**
    How call received : **MDC INITIATED CALL**
    Unit ids : #1 - **304A**   #2 - **302**   #3 - **304**
    Call taker ID : **309637**

Complainant Information

    City : **2**  State : **CO**
    Remarks :
        **Dec-03-2017 02:26:49 - Field Event SILV ACURA \*\* VEH search completed at 12/03/17 02:26:50 M&M NOTIFIED FOR IVR \*\* LOI information for Event # P170397784 was viewed at: 12/03/17 02:59:24 \*\* >>>> by: Will R. Haglund on terminal: cad14 304A -- 1 IN CUST \*\* Case number R2017047107 has been assigned to event P170397784 \*\* >>>> by: Alex J. Sotelo on terminal: $303 CR13 -- SEE IF D**

        (at cad10) on 2017-12-03 02:26:49 - Field Event

        (at cad10) on 2017-12-03 02:26:49 - SILV ACURA

        (at cadint1) on 2017-12-03 02:26:50 - ** VEH search completed at 12/03/17 02:26:50

        (at cad14) on 2017-12-03 02:57:20 - M&M NOTIFIED FOR IVR

        (at cad14) on 2017-12-03 02:59:24 - ** LOI information for Event # P170397784 was viewed at: 12/03/17 02:59:24

        (at cad14) on 2017-12-03 02:59:24 - ** >>>> by: Will R. Haglund on terminal: cad14

        (at cad10) on 2017-12-03 03:02:01 - 304A -- 1 IN CUST

        SOTELO, ALEX(at $303) on 2017-12-03 03:04:31 - **

EXHIBIT 5

# AURORA POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2017-397784**                                    **Reported: Dec-03-2017 02:26:49**

Case number R2017047107 has been assigned to event P170397784

SOTELO, ALEX(at $303) on 2017-12-03 03:04:31 - **
\>>>> by: Alex J. Sotelo on terminal: $303

(at cad10) on 2017-12-03 03:09:48 - CR13 --- SEE IF D3 CAN HANDLE

(at cad10) on 2017-12-03 03:09:51 - DISREGARD LAST

SOTELO, ALEX(at $303) on 2017-12-03 03:15:29 - Event Clear Comments> ivr tow

NICHOLS, ANTHONY(at cadint1) on 2017-12-03 06:35:48 - ** LOI search completed at 12/03/17 06:35:48

NICHOLS, ANTHONY(at $304A) on 2017-12-03 06:36:03 - EVENT TYPE CHANGED AT 12/3/2017 6:36:03 AM BY MDT UNIT 304A

NICHOLS, ANTHONY(at $304A) on 2017-12-03 07:31:14 - Event Clear Comments> see mre

Related Entities

  Role : **INVOLVED**
  Licence : **FPQ278  CO**


Clearance Information

  Remarks :
    **WEAPON-FREE TEXT**

  Final Case type : **WEAPON OFFENSE**
  Report expected : **Yes**   Founded : **Yes**
  Reporting Officer1 : **315133 - NICHOLS, ANTHONY**


Dispatch Details

  Unit number : **304A**   Dispatched: **Dec-03-2017 02:26:49**
    Officer 1 : **315133 - NICHOLS, ANTHONY**
  Enroute : **Dec-03-2017 06:35:37**
  At scene: **Dec-03-2017 02:26:50**
  Cleared : **Dec-03-2017 07:31:14**
  Dispatcher ID : **309637**


  Unit number : **302**   Dispatched: **Dec-03-2017 02:41:17**

```
                    AURORA POLICE DEPARTMENT
                       CAD CALL HARDCOPY
```

**CP 2017-397784**                                    **Reported: Dec-03-2017 02:26:49**

    Officer 1 : **313609 - YARBOROUGH, CHRISTOPHER**
At scene: **Dec-03-2017 03:14:25**
Cleared : **Dec-03-2017 03:15:46**
Dispatcher ID : **309637**


Unit number : **304**   Dispatched: **Dec-03-2017 02:46:30**
    Officer 1 : **313599 - COE, JOSIAH**
Enroute : **Dec-03-2017 02:47:20**
Cleared : **Dec-03-2017 02:47:24**
Dispatcher ID : **309637**


Unit number : **303**   Dispatched: **Dec-03-2017 03:04:14**
    Officer 1 : **313619 - SOTELO, ALEX**
At scene: **Dec-03-2017 03:04:23**
Cleared : **Dec-03-2017 03:15:29**
Dispatcher ID : **309637**


Unit/Officer Details

**\*\* END OF HARDCOPY \*\***