

# Event Details Report

P190021274

Run Date. 10/04/19 18 10

| Event ID | Disposition | Initial Event Type | Final Event Type | Supplemental Type |
|---|---|---|---|---|
| P190021274 | OBSTRUCT POLICE/ FALSE REPORT | TRAFS | TRAFS | TRAFFIC STOP |

| Case Number | Event Description | | Priority | Call Source |
|---|---|---|---|---|
| R2019002468 | | | 2 | OFFICER |

| Event Location | Location Description |
|---|---|
| E COLFAX AVE / N XANTHIA ST | |

| Entered | Dispatched | Enroute | Arrived | Closed |
|---|---|---|---|---|
| 19 Jan 2019 01:59 | 19 Jan 2019 01:59 | 19 Jan 2019 01:59 | 19 Jan 2019 01:59 | 19 Jan 2019 02:52 |

| Complainant | Phone | Reporting Area | Beat | District |
|---|---|---|---|---|
| | | 5ZZ2 | DEN | 1 |

| Entry Date | Unit ID | Status | Comments |
|---|---|---|---|
| 19 Jan 01:59 | | | FIELD EVENT BLK YUKON |
| 19 Jan 01:59 | | VEHICLE | LIC: 754VQN |
| 19 Jan 01:59 | | | ** VEH SEARCH COMPLETED AT 01/19/19 01:59:04 |
| 19 Jan 01:59 | 304 | AR | |
| 19 Jan 01:59 | | | ** LOI INFORMATION FOR EVENT # P190021274 WAS VIEWED AT: 01/19/19 01:59:07 ** >>>> BY: SPENCER W. KOERNER ON TERMINAL: CAD10 |
| 19 Jan 02:04 | 304 | AR | |
| 19 Jan 02:04 | | | 304 -- CD4 FOR NOW |
| 19 Jan 02:06 | 305 | ER | |
| 19 Jan 02:09 | 305 | AR | |
| 19 Jan 02:32 | | | ** CASE NUMBER R2019002468 HAS BEEN ASSIGNED TO EVENT P190021274 ** >>>> BY: DARIAN J. DASKO ON TERMINAL: $304 |
| 19 Jan 02:36 | 305 | AM | |
| 19 Jan 02:52 | | | EVENT CLEAR COMMENTS> CONTACTED ATTACHED FOR DEFECTIVE HEADLAMP. DRIVER WAS NONCOMPLIANT WITH ORDERS TO STEP OUT OF THE VEHICLE. DRIVER WAS ESCORTED OUT OF THE VEHICLE. DRIVER WAS ISSUED A MUNI SUMMONS FOR DISORDERLY CONDUCT AND DEFECTIVE HEADLAMP. SEE |
| 19 Jan 02:52 | | | MRE FOR FURTHER |
| 19 Jan 02:52 | 304 | AM | |
| 19 Jan 02:52 | 304 | AM | |



EXHIBIT 6



# Event Details Report

P190021274

Run Date  10/04/19 18 10

## Unit Time Summary

| Unit ID | Officer 1 | Officer 2 | Dispatch | Enroute | Arrive | Clear | Min. on-scene |
|---|---|---|---|---|---|---|---|
| *304 | 309758 | 316545 | 19 Jan 01:59 | 19 Jan 01:59 | 19 Jan 01:59 | 19 Jan 02:52 | 53.23 |
| 305 | 302607 | | 19 Jan 02:06 | 19 Jan 02:06 | 19 Jan 02:09 | 19 Jan 02:36 | 27.72 |

\* = *primary unit, if data is available.*

