## AURORA POLICE DEPARTMENT
## CAD CALL HARDCOPY

CP 2019-110163                                              Reprinted: Apr-03-2019 22:15:11

**Incident Location**
  Address : 11899 E COLFAX AVE
  City : AURORA
  District : 1   Beat : 5   Grid : 5D2

**General Information**

  Report number: -
  Case Type : **TRAFFIC STOP**   Priority : 2
  Dispatch : **Apr-03-2019 22:15:11**
  At Scene : **Apr-03-2019 22:15:12**
  Cleared  : **Apr-03-2019 22:42:33**
  How call received : **MDC INITIATED CALL**
  Unit ids : #1 - **G12**  #2 - **G6**
  Call taker ID : **22552 KRIEGER, DAVID JR**

**Complainant Information**

  Remarks :
    Apr-03-2019 22:15:11 - Field Event ** VEH search completed at 04/03/19 22:15:13 ** LOI information for Event # P190110163 was viewed at: 04/03/19 22:15:21 ** >>>> by: David A. Krieger on terminal: cad10 Event Clear Comments> warning to teddy pittman

    **KRIEGER, DAVID JR(at cad10) on 2019-04-03 22:15:11** - Field Event

    **KRIEGER, DAVID JR(at cadint1) on 2019-04-03 22:15:13** - ** VEH search completed at 04/03/19 22:15:13

    **KRIEGER, DAVID JR(at cad10) on 2019-04-03 22:15:21** - ** LOI information for Event # P190110163 was viewed at: 04/03/19 22:15:21

    **KRIEGER, DAVID JR(at cad10) on 2019-04-03 22:15:21** - ** >>>> by: David A. Krieger on terminal: cad10

    **TISDALE, DELBERT L JR(at SG12) on 2019-04-03 22:42:25** - Event Clear Comments> warning to teddy pittman

**Related Entities**

  Role : **INVOLVED**
  Licence : **754VQN  CO**

Tuesday June 4, 2019                                                                Page: 1 of 2

EXHIBIT 7

**AURORA POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

CP 2019-110163                                              Reported: Apr-03-2019 22:15:11

Clearance Information

  Remarks :
    **TRAFFIC WARNING ISSUED**

  Final Case type : **TRAFFIC WARNING ISSUED**
  Report expected : **No**   Founded : **Yes**
  Reporting Officer1 : **308073 - TISDALE, DELBERT L JR**

Dispatch Details

  Unit number : **G12**   Dispatched: **Apr-03-2019 22:15:11**
    Officer 1 : **308073 - TISDALE, DELBERT L JR**
    Officer 2 : **315162 - ZIMMERMAN, DAVID**
  At scene: **Apr-03-2019 22:15:12**
  Cleared : **Apr-03-2019 22:42:33**
  Dispatcher ID : **22552**


  Unit number : **G6**   Dispatched: **Apr-03-2019 22:17:53**
    Officer 1 : **306789 - MCELROY, JEREMY**
    Officer 2 : **315169 - SPANO, ANTHONY**
  At scene: **Apr-03-2019 22:18:05**
  Cleared : **Apr-03-2019 22:30:13**
  Dispatcher ID : **22552**


Unit/Officer Details

**\*\* END OF HARDCOPY \*\***