# AURORA POLICE DEPARTMENT
# CAD CALL HARDCOPY

**CP 2019-300912**                                          Reported: **Sep-02-2019 23:33:54**

Incident Location
    Address : **E 6TH AVE / N PEORIA ST**
    City : **AURORA**
    District : **1**   Beat : **7**   Grid : **7E1**

General Information

    Report number:    -
    Case Type : **TRAFFIC STOP**    Priority : **2**
    Dispatch   : **Sep-02-2019 23:33:54**
    Enroute   : **Sep-02-2019 23:34:02**
    At Scene  : **Sep-02-2019 23:33:55**
    Cleared   : **Sep-02-2019 23:51:08**
    How call received : **MDC INITIATED CALL**
    Unit ids : #1 - **306**   #2 - **307**
    Call taker ID : **245720**

Complainant Information

    Remarks :
        Sep-02-2019 23:33:54 - Field Event SIL SUV ** VEH
        search completed at 09/02/19 23:33:55 ** LOI
        search completed at 09/02/19 23:34:43 ** LOI
        search completed at 09/02/19 23:34:44 Event Clear
        Comments> Cover Event Clear Comments> Summons
        E665545

        (at cad10) on 2019-09-02 23:33:54 - Field Event

        (at cad10) on 2019-09-02 23:33:54 - SIL SUV

        (at cadint1) on 2019-09-02 23:33:55 - ** VEH
        search completed at 09/02/19 23:33:55

        (at cadint1) on 2019-09-02 23:34:43 - ** LOI
        search completed at 09/02/19 23:34:43

        (at cadint1) on 2019-09-02 23:34:44 - ** LOI
        search completed at 09/02/19 23:34:44

        PLOCH, ZACHARY J(at $307) on 2019-09-02 23:50:46
        - Event Clear Comments> Cover

        PETERSEN, DUSTIN(at $306) on 2019-09-02 23:51:07
        - Event Clear Comments> Summons E665545

For: 316816  Monday December 9, 2019

EXHIBIT 8

**AURORA POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2019-300912**                                    **Reported: Sep-02-2019 23:33:54**

Related Entities

   Role : **INVOLVED**
   Licence : **1251693  CO**


Clearance Information

   Remarks :
      **TRAFFIC-MOVING VIO**

   Final Case type : **TRAFFIC-MOVING VIO**
   Report expected : **No**   Founded : **Yes**
   Reporting Officer1 : **313617 - PETERSEN, DUSTIN**


Dispatch Details

   Unit number : **306**   Dispatched: **Sep-02-2019 23:33:54**
     Officer 1 : **313617 - PETERSEN, DUSTIN**
   At scene: **Sep-02-2019 23:33:55**
   Cleared : **Sep-02-2019 23:51:08**
   Dispatcher ID : **245720**


   Unit number : **307**   Dispatched: **Sep-02-2019 23:33:58**
     Officer 1 : **315910 - PLOCH, ZACHARY J**
   Enroute : **Sep-02-2019 23:34:02**
   At scene: **Sep-02-2019 23:34:40**
   Cleared : **Sep-02-2019 23:50:47**
   Dispatcher ID : **245720**


Unit/Officer Details

        **\*\* END OF HARDCOPY \*\***