**AURORA POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2019-319833**                                    **Reported: Sep-17-2019 16:27:34**

Incident Location
    Address : **E COLFAX AVE / N BEELER ST**
    City : **AURORA**
    District : **1**   Beat : **4**   Grid : **5A1**

General Information

    Report number:   -
    Case Type : **TRAFFIC STOP**   Priority : **2**
    Dispatch  : **Sep-17-2019 17:12:19**
    Cleared   : **Sep-17-2019 17:25:34**
    How call received : **MDC INITIATED CALL**
    Unit ids : #1 - **G6**   #2 - **G6**
    Call taker ID : **313529**

Complainant Information

    Remarks :
        Sep-17-2019 16:27:34 - Field Event WHITE DODGE
        CHARGER ** VEH search completed at 09/17/19
        16:27:35 ** LOI information for Event #
        P190319833 was viewed at: 09/17/19 16:27:37 **
        >>>> by: Spencer W. Koerner on terminal: cad10 **
        LOI information for Event # P190319833 was viewed
        at: 09/17/19 16:27:44 ** >>>> by: Spencer W.
        Koerner on terminal: cad10 ** Event held for 5
        minutes

        (at cad10) on 2019-09-17 16:27:34 - Field Event

        (at cad10) on 2019-09-17 16:27:34 - WHITE DODGE
        CHARGER

        (at cadint1) on 2019-09-17 16:27:35 - ** VEH
        search completed at 09/17/19 16:27:35

        (at cad10) on 2019-09-17 16:27:37 - ** LOI
        information for Event # P190319833 was viewed at:
        09/17/19 16:27:37

        (at cad10) on 2019-09-17 16:27:37 - ** >>>> by:
        Spencer W. Koerner on terminal: cad10

        (at cad10) on 2019-09-17 16:27:44 - ** LOI
        information for Event # P190319833 was viewed at:
        09/17/19 16:27:44

        (at cad10) on 2019-09-17 16:27:44 - ** >>>> by:
        Spencer W. Koerner on terminal: cad10

        (at cad10) on 2019-09-17 17:12:09 - ** Event held

## AURORA POLICE DEPARTMENT
## CAD CALL HARDCOPY

**CP 2019-319833**  **Reported: Sep-17-2019 16:27:34**

for 5 minutes and unit G6

ELLIS, CHRISTOPHER C.(at $G6) on 2019-09-17 17:25:34 - Event Clear Comments> traffic summons SC39535 to Jehrone Falls

Related Entities

Role : **INVOLVED**
Licence : **CUW006  CO**

Clearance Information

Remarks :
**TRAFFIC-MOVING VIO**

Final Case type : **TRAFFIC-MOVING VIO**
Report expected : **No**   Founded : **Yes**
Reporting Officer1 : **312349 - ELLIS, CHRISTOPHER C.**

Dispatch Details

Unit number : **G6**   Dispatched: **Sep-17-2019 16:27:34**
Officer 1 : **306789 - MCELROY, JEREMY**
Officer 2 : **312349 - ELLIS, CHRISTOPHER C.**
At scene: **Sep-17-2019 16:27:35**
Cleared : **Sep-17-2019 17:12:08**
Dispatcher ID : **313529**

Unit number : **G6**   Dispatched: **Sep-17-2019 16:27:34**
Officer 1 : **306789 - MCELROY, JEREMY**
Officer 2 : **312349 - ELLIS, CHRISTOPHER C.**
At scene: **Sep-17-2019 16:27:35**
Cleared : **Sep-17-2019 17:12:08**
Dispatcher ID : **312349**

Unit/Officer Details

**\*\* END OF HARDCOPY \*\***