# AURORA POLICE DEPARTMENT
# CAD CALL HARDCOPY

**CP 2019-407811**                                   **Reported: Nov-29-2019 22:12:34**

Incident Location
    Address : **E 6TH AVE / N BILLINGS ST**
    City : **AURORA**
    District : **2**   Beat : **15**   Grid : **7G2**

General Information

    Report number:   -
    Case Type : **TRAFFIC STOP**   Priority : **2**
    Dispatch  : **Nov-29-2019 22:31:26**
    Cleared   : **Nov-29-2019 22:32:43**
    How call received : **MDC INITIATED CALL**
    Unit ids : #1 - **620**   #2 - **620**
    Call taker ID : **253130**

Complainant Information

    Remarks :
        Nov-29-2019 22:12:34 - Field Event SIL HONDA **
        VEH search completed at 11/29/19 22:12:35 ** LOI
        information for Event # P190407811 was viewed at:
        11/29/19 22:12:40 ** >>>> by: Cheri R. Kline on
        terminal: cad08 ** Event held for 5 minutes and
        unit 620 Event Clear Comments> issued summons for
        dirving without license and driving without
        headlights

        (at cad08) on 2019-11-29 22:12:34 - Field Event

        (at cad08) on 2019-11-29 22:12:34 - SIL HONDA

        (at cadint1) on 2019-11-29 22:12:35 - ** VEH
        search completed at 11/29/19 22:12:35

        (at cad08) on 2019-11-29 22:12:40 - ** LOI
        information for Event # P190407811 was viewed at:
        11/29/19 22:12:40

        (at cad08) on 2019-11-29 22:12:40 - ** >>>> by:
        Cheri R. Kline on terminal: cad08

        (at cad08) on 2019-11-29 22:31:00 - ** Event held
        for 5 minutes and unit 620

        ROSENBLATT, JASON(at $620) on 2019-11-29 22:32:42
        - Event Clear Comments> issued summons for
        dirving without license and driving without
        headlights

For: 316816  Monday December 9, 2019

EXHIBIT 10

**AURORA POLICE DEPARTMENT**
**CAD CALL HARDCOPY**

**CP 2019-407811**                                   **Reported: Nov-29-2019 22:12:34**

Related Entities

    Role : **INVOLVED**
    Licence : **ETQ129  CO**


Clearance Information

    Remarks :
        **TRAFFIC-NON MOVING VIO**

    Final Case type : **TRAFFIC-NON MOVING VIO**
    Report expected : **No**    Founded : **Yes**
    Reporting Officer1 : **315112 - ROSENBLATT, JASON**


Dispatch Details

    Unit number : **620**   Dispatched: **Nov-29-2019 22:12:34**
        Officer 1 : **315112 - ROSENBLATT, JASON**
        Officer 2 : **315155 - SPITZER, JONAS A**
    At scene: **Nov-29-2019 22:12:35**
    Cleared : **Nov-29-2019 22:30:59**
    Dispatcher ID : **253130**


    Unit number : **620**   Dispatched: **Nov-29-2019 22:12:34**
        Officer 1 : **315112 - ROSENBLATT, JASON**
        Officer 2 : **315155 - SPITZER, JONAS A**
    At scene: **Nov-29-2019 22:12:35**
    Cleared : **Nov-29-2019 22:30:59**
    Dispatcher ID : **315112**


Unit/Officer Details

                      **\*\* END OF HARDCOPY \*\***