```
U.S. POSTAGE PAID
FCM LG ENV
DENVER, CO
80222
AUG 17, 20
AMOUNT
          $2.20
R2305K135060-14
```

80294

Legal Mail

W.T. Handy Jr.
P.O. Box 22153
Denver, Co. 80223

United States District Court
901 19th St.
Denver, Co. 80294